**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:14-cv-20726-JAL**

HOWARD BRAYNEN on behalf of
himself and all others similarly situated,

       Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC, HARWOOD
SERVICE COMPANY, LLC, ASSURANT,
INC., and AMERICAN SECURITY INSURANCE
COMPANY,

       Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR STAY OF LENDER-PLACED INSURANCE**
**CLAIMS PENDING APPROVAL OF SETTLEMENT PROCEEDINGS**
**AND NOTICE OF CLASS-WIDE SETTLEMENT**

       **THIS MATTER** is before the Court on the Joint Motion for Stay of Lender-Placed Insurance Claims Pending Approval of Settlement Proceedings and Notice of Class-Wide Settlement ("Joint Motion"). Plaintiff and Defendants have advised the Court that: (a) they have reached a class-wide settlement that, if approved, will resolve all lender-placed insurance ("LPI") claims in this action against all Defendants; (b) the Parties have signed a Settlement Term Sheet and are in the process of finalizing a written Settlement Agreement; and (c) the Parties will seek preliminary and final approval of their class-wide settlement, upon finalization of their written Settlement Agreement, in accordance with the Parties' proposed timetable.

       **NOW THEREFORE**, having reviewed the record and having otherwise been duly advised on the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

       1.    The Joint Motion is **GRANTED.**

2.    All LPI claims, including all claims brought by all Plaintiff are stayed pending the Parties' execution and the Court's approval of a class-wide Settlement Agreement concerning the placement of LPI by the Defendants.

3.    The Parties will engage in settlement proceeding according to the following schedule:

   a.    The Parties will execute a Settlement Agreement by no later than June 12, 2014.

   b.    The Parties shall file a Joint Status Report by June 13, 2014 advising the Court, in part, whether a Settlement Agreement has been signed by all the Parties;

   c.    Plaintiffs shall file a Motion for Preliminary Approval of the Class-Wide Settlement by June 27, 2014;

   d.    If the Motion for Preliminary Approval is granted, the Court shall set the date and time for the Final Approval Hearing.

DONE and ORDERED in Chambers in Miami, Florida this 28 day of May, 2014.

Joan A. Lenard
HONORABLE JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record