**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 14-cv-20726-GOODMAN**

**[consent case]**

HOWARD BRAYNEN on behalf of
himself and all others similarly situated,

      Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC, HARWOOD
SERVICE COMPANY, LLC, ASSURANT,
INC., and AMERICAN SECURITY INSURANCE
COMPANY,

      Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF AN ORDER**
**GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT**

This Cause is before the Undersigned on the parties' Joint Motion for Substitution

of an Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action

Settlement and Certification of the Settlement Class in Lieu of the Magistrate Judge's

Report and Recommendation or, in the Alternative, for Entry of an Order Adopting the

Report and Recommendation (the "Motion to Adopt"). [ECF No. 85]. Previously, this

case was before District Court Judge Joan A. Lenard, who referred to the Undersigned

the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, and Scheduling a Final Approval Hearing (the "Motion for Preliminary Approval"). [ECF Nos. 46; 47]. The Undersigned issued a Report and Recommendations on that motion, recommending that the motion be granted. [ECF No. 71]. The parties later stipulated to the full exercise of jurisdiction by the Undersigned to conduct any and all further proceedings in this case, including the entry of a final judgment. [ECF No. 84]. The District Court then entered a full referral to the Undersigned, consistent with the parties' consent. [ECF No. 86].

In light of these circumstances, the Undersigned **GRANTS** the Motion to Adopt. However, the Court will be issuing a **new order** granting the Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, and Scheduling a Final Approval Hearing, which will include certain clarifications requested by the parties and also set the date for the Final Approval Hearing.

**DONE AND ORDERED** in Chambers, at Miami, Florida, January 30, 2015.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**<u>Copies furnished to</u>:**
All counsel of record